IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2024 FEB -5  A 9:46

DEPUTY CLERK

Case No. _____

CLINTON STRANGE,

*Petitioner- Plaintiff*

v.

SHENNA BELLOWS,

Individually and in her Official Capacity as Maine Secretary of State

*Defendant -Respondent*

_____/

**Petition for Special Writ of *Quo Warranto***

Nature of Action

1. Seems like every 5 minutes that some politician or political group is trying (unilaterally & or individually efforting) to get Donald John Trump , herein ("Trump"), removed from the 2024 "Primary Ballot". It happened in Plaintiff's home State of Louisiana. Now, here in Maine, it seems that a Democratic Party operative is unilaterally abusing her office to block "Trump" from appearing on the Ballot in the 2024 Maine Republican closed primary election on the basis that Trump "engaged in Insurrection."; Or had an insurrection that lasted over 4 Hours without seeking advice / attention.

2. Some Trump supporters have taken a position of acquiescence – Others have decided to "**FIGHT LIKE HELL**" because if we don't fight – we won't have a country any more.

3. The U.S. Constitution affords Petitioner the specific right to not only *challenge* fitness of a candidate (for the office of the U.S. Presidency), but also to *examine* him.

4. Petitioner believes that after a thorough interview, and production of relevant documents that Trump will be found to be fit to serve as President on Jan. 20, 2025, to Jan. 20, 2029.

## Jurisdiction & Venue

5. Jurisdiction primarily arises in this U.S. District Court under a Federal Question as the *Quo Warranto* Petition is based on Defendant – Respondents' assertion that Trump is disabled from attaining the office of the U.S. Presidency under Section 3 of the Fourteenth Amendment of the U.S. Constitution pursuant to 28 U.S. Code § 1331.

6. Supplemental Jurisdiction arises in this U.S. District Court; as the basis for the Petitioner's Writ of *Quo Warranto* examination request also arises under the laws of the District of Columbia (District of Columbia Code §§16-3501 – 16-3503 *et. seq.*) pursuant to 28 U.S. Code § 1367.

7. Venue lies proper in this U.S. District as the Belligerent Party (Defendant -Respondent; Maine Secretary of State) created the existing controversy here by challenging Trump's Candidacy Qualifications in or around Kennebec County, Maine, pursuant to 28 U.S. Code § 1391.

## The Parties

8. Plaintiff Clinton Strange is a registered Republican, natural person, and a Title 38 compensable - disabled, veteran of the U.S. Armed Forces residing at the address of 7021 Winburn Drive, Greenwood, LA 71033 in the 5th Ward of Caddo Parish, Louisiana.

9. Made Defendant is SHENNA BELLOWS, Individually and in her Official Capacity as Maine Secretary of State, *Defendant -Respondent* – Service can be made at the Maine State Capital.

## Factual Allegations

10. SHENNA BELLOWS, Individually and in her Official Capacity as Maine Secretary of State, Defendant -Respondent unilaterally excluded (or made the decision to exclude) Donald John Trump (Candidate for President) in the Maine 2024 Republican Primary Election Cycle with an end-goal of excluding Trump from being an electable / eligible Candidate in to Nov. 2024 General Presidential Election- Depriving Maine Republican Voters of their four (4) Electoral College Votes.

11. Maine distributes its electoral votes proportionally, with two at-large electors representing the statewide winning presidential and vice presidential candidates and one (1) elector each representing the winners from its two (2) Congressional districts. For only the second time since adopting this system, Maine's four electoral votes were split between the two major party tickets in the Nov. 2020 General Election.

## Prayer for Relief

12. That the Honorable Court would afford Petitioner leave to conduct an oral examination of Candidate for President of the United States Donald John Trump to determine his qualification for future presumptive office of the President of the United States with a stated start / end date of Jan. 20, 2025, to Jan. 20, 2029.

13. That the Honorable Court would accept Plaintiff's written report and or Affidavit as supporting evidence to determine whether or not Candidate for President of the United States Donald John Trump is qualified, and or fit to serve during the term of start / end date of Jan. 20, 2025, to Jan. 20, 2029.

Respectfully Submitted,

X _____
Clinton Strange
Pro Se
7021 Winburn Drive
Greenwood, LA 71033
(318) 423-5057
StrangeC982@gmail.com

Jan. 20, 2024
Dated

*Notice Requirement of Candidate – Objection to Candidacy*

Out of Abundance of Caution:

Notice of this Petition was served, and or will be served on the Caddo Parish, Louisiana Elections Commissioner, and Dhillon Law Group Attorney Mark Meuser, Esq.

Via Electronic Mail, and U.S. Mail Certified.