OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**

Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, Maine 04101
(207) 780-3356



Margaret Chase Smith Federal
Building and U.S. Courthouse
202 Harlow Street
Bangor, Maine 04401
(207) 945-0575

February 5, 2024

Mr. Clinton Strange
7021 Winburn Drive
Greenwood, LA 71033

RE:    Clinton Strange v. Shenna Bellows
         1:24-cv-00033-LEW

Dear Mr. Strange:

    The Court is in receipt of your petition and filing fee received on February 5, 2024. Enclosed please find "Guidance Concerning Service of Process" which can be found on the Courts website at [www.med.uscourts.gov](http://www.med.uscourts.gov) under the tab "Representing Yourself".

    Please also refer to Rule 4 of the Federal Rules of Civil Procedure regarding service.

                          Sincerely,

                          CHRISTA K. BERRY, CLERK

                          By: /s/ Cheryl Derrah
                                Deputy Clerk

Enc.