UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| CLINTON STRANGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:24-cv-00033-LEW |
| | ) | |
| SHENNA BELLOWS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On February 27, 2024, the United States Magistrate Judge filed with the court his Recommended Decision After Review of Petition (ECF No. 5).  Plaintiff Clinton Strange, a Louisiana resident, filed a Petition for Special Writ of Quo Warranto (ECF No. 1) in response to Maine's Secretary of State determining that former President Donald Trump was ineligible to appear on Maine's 2024 Republican primary ballot.  The Magistrate Judge reasoned that Plaintiff lacks Article III standing and that Plaintiff's request for a writ of quo warranto is otherwise meritless.  The time within which to file objections expired on March 12, 2024, and no objections have been filed.  The Magistrate Judge notified Plaintiff that failing to object would waive his right to *de novo* review and appeal.  I also observe that Maine's 2024 Republican primary has passed, and this case is now moot.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED.  Plaintiff's Petition is DISMISSED.

**SO ORDERED.**

Dated this 1st day of April, 2024.

/s/ Lance E. Walker
Chief U.S. District Judge